L. Paul Mankin, IV (SBN 264038)
Erin Rounds (SBN 314457)
**THE LAW OFFICE OF PAUL MANKIN**
4655 Cass Street, Suite 410
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN CALDWELL,** | Case No. **5:17-cv-00719-CAS-PJW** |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **SYNCHRONY BANK, and DOES 1 through 10, inclusive,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

**NOTICE OF SETTLEMENT**
-1-

1  Respectfully submitted this 14th day of July 2017,

2  By: /s/L. Paul Mankin
3  L. Paul Mankin
   The Law Office of L. Paul Mankin IV
4  Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed electronically on this 14th day of July 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Christina A. Snyder
United States District Court
Central District District of California

Raagini Shah, Esq.
Ellis Law Group
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Attorney for Defendant

This 14th day of July 2017,

/s/L. Paul Mankin
L. Paul Mankin