UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN CALDWELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>SYNCHRONY BANK; and DOES 1 through 10,<br><br>  Defendant. | No. 5:17-cv-00719-CAS-PJW<br><br>[Hon. Christina A. Snyder]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT SYNCHRONY BANK WITH PREJUDICE** |

Based on the Stipulation of the parties and for good cause shown, the above captioned action is dismissed in its entirety without prejudice. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: September 12, 2017

_____
Honorable Christina A. Snyder
United States District Judge